IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 6:18-CR-14 |
| v. | § | |
| | § | JUDGES GILSTRAP/MITCHELL |
| ANWAR LEWIS GAGE, | § | |
| aka "Trill God," aka "Lewminatti" | § | |

## ELEMENTS OF THE OFFENSE

You are charged in **Count 3** of the indictment with a violation 18 U.S.C. § 922(g)(1) (possession of a firearm by a felon). The essential elements which must be proven to establish violation of these offenses are as follows:

### Count 3

### 18 U.S.C. § 922(g)(1)

*First*:  That you knowingly possessed a firearm as charged;

*Second*:  That at the time you possessed the firearm, you had previously been convicted of a crime punishable by imprisonment for a term exceeding one year; and

*Third*:  That your possession of the firearm was in or affecting interstate or foreign commerce.

        JOSEPH D. BROWN
        UNITED STATES ATTORNEY

        */s/ D. Ryan Locker*_____
        D. RYAN LOCKER
        ASSISTANT U.S. ATTORNEY
        Texas Bar No. 24046307
        110 North College Avenue, Suite 700
        Tyler, Texas 75702
        (903) 590-1400

## CERTIFICATE OF SERVICE

I certify that this pleading has been served on counsel for the defendant via the Court's CM/ECF system on August 23, 2018.

                                                */s/ D. Ryan Locker*
                                                D. RYAN LOCKER